UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
A. HARTRODT (U.S.A.), INC. and CARGO
CONSOLIDATION CORP.

                                                               Civ. Action No. 23 Civ. 4727 (VF)

                       Plaintiffs,

-against-                                    **FINAL JUDGMENT**

BEECK USA LLC,
                        Defendant.
-------------------------------------------------------------X

The parties having appeared before this Court on November 15, 2023, and both parties expressing their willingness to enter a final judgment against Defendant so as to close this proceeding.

IT IS HERBY ORDERED, ADJUDICATED, and DECREED that FINAL JUDGMENT be entered against Defendant BEECK USA LLC and in favor of Plaintiffs in the amount of $379,374.84, without interest or legal fees, and accordingly the case is closed.

Dated: November 21, 2023                                    SO ORDERED:

                                                                            _____
                                                                             VALERIE FIGUEREDO
                                                                             United States Magistrate Judge